# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL MARTIN- BROWN GEORGE,<br><br>    Plaintiff,<br>v.<br><br>CREST FINANCIAL, INC.,<br><br>    Defendant. | Case No: 1:17-cv-03483-SEB-TAB<br><br>Honorable Judge Sarah E. Barker |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, DANIEL MARTIN- BROWN GEORGE ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal without Prejudice  and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

DISTRIBUTION:

Dated: __1/18/2018_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

Ryan C. Bullock
Strong & Hanni
9350 South 150 East, Suite 820
Sandy, UT 84070
Phone: (801) 532-7080
rcbullock@strongandhanni.com